# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MINNESOTA

RECEIVED

10 JUN 24 AM 9: 03

U.S. BANKRUPTCY COURT
ST PAUL, MN

## Unclaimed Dividends/Distribution Less than $5 for Deposit to Registry Fund

**DEBTOR:**    BROUWER, RONALD W
                BROUWER, SHERRI A

**CHAPTER 7 BANKRUPTCY CASE NO: 04-35180**

Please check one:

   **X**    Unclaimed Dividends

   \_\_\_\_\_    Distribution Less than $5

| Name and Address of Creditor | Claim No. | Amount Claimed | Distribution Amount |
|---|---|---|---|
| NCI Portfolio Svcs<br>323 W LAKESIDE AVE 2ND FL<br>CLEVELAND, OH 44113 | 10 | $6,887.60 | $782.24 |

Trustee's Report Pursuant to Local Rule 3011 – 1(b):

On July 9, 2010, I issued check no. 109 to NCI Portfolio Services ("NCI") in the amount of $782.24, and sent the check to the address listed proof of claim no. 10. NCI did not cash the check. On 10/19/09, I stopped payment on the check, and issued check no. 111 as a replacement check. I sent the replacement check to the attorney listed on the claim along with a copy of the claim. The replacement check was never cashed. On March 24, 2010 my office called the attorney listed on the claim and left a message regarding the replacement check. We did not receive a response and the replacement check was never cashed.

Date: June 22, 2010                          /e/ *Terri A. Running*
                                                                    Terri A. Running, Trustee